No. 81–2245.   NEVADA *v.* UNITED STATES ET AL.;

No. 81–2276.   TRUCKEE-CARSON IRRIGATION DISTRICT *v.* UNITED STATES ET AL.; and

No. 82–38.   PYRAMID LAKE PAIUTE TRIBE OF INDIANS *v.* TRUCKEE-CARSON IRRIGATION DISTRICT ET AL., 463 U. S. 110. Petition of Pyramid Lake Paiute Tribe of Indians for rehearing denied.

No. 82–486.   UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 610, AFL–CIO, ET AL. *v.* SCOTT ET AL., 463 U. S. 825.   Motion for leave to file petition for rehearing denied.   JUSTICE POWELL would grant this motion.

No. 82–6633.   McCLAIN *v.* ORR ET AL., 462 U. S. 1136.   Motion for leave to file petition for rehearing denied.